IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MARSHALL COUNTY, MISSISSIPPI, ET AL.** **PLAINTIFFS**

v. CIVIL ACTION NO. 3:19-CV-00190-MPM-JMV

**ARAMARK UNIFORM & CAREER APPAREL, LLC** **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.Cɪᴠ.R. 16(b)(1)(B). The rule provides that

> [a] motion to remand . . . will stay the attorney conference and disclosure
> requirements and all discovery not relevant to the remand . . . issue and
> will stay the parties' obligation to make disclosures pending the court's
> ruling on the [remand] motion[]. . . .

Plaintiffs filed a motion to remand [3] on September 17, 2019. Accordingly, the proceedings enumerated in Local Rule 16(b)(1)(B) are, hereby, **STAYED** pending a decision on the motion to remand.

**THIS**, the 17th day of September, 2019.

/s/ Jane M. Virden
U. S. Magistrate Judge